■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY JACKSON, Appellant. [889 NYS2d 863]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; cf. *People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VLADIMIR KIRKOROV, Appellant. [889 NYS2d 862]—

The defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Seaberg*, 74 NY2d 1, 9 [1989]). The defendant's valid and unrestricted waiver of his right to appeal precludes review of his claim that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d at 256; *People v Stewart*, 66 AD3d 924 [2009]; *People v Cenname*, 66 AD3d 795 [2009]; *People v Powell*, 60 AD3d 974, 975 [2009]). Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.